B250e
(6/91)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :         Bankruptcy No. 11-16200MDC

VitaminSpice
a/k/a
Qualsec
                                                   :

Debtor*
Social Security No.
Employer Tax ID No. 20-5776355
                                                   :

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above named debtor:

      A petition under title 11, United States Code was filed against you on 08/05/2011 in this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of the Clerk:
      United States Bankruptcy Court
      Robert N.C. Nix Building
      900 Market Street, Suite 400
      Philadelphia PA 19007-4299

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

      Name and address of petitioners attorney:
      Peter Edward Sheridan
      P.O. Box 12331
      Philadelphia, PA 19119
      617-759-0099

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

      Timothy B. McGrath
      Clerk

August 8, 2011

      By: s/ Antoinette Stevenson
      Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

Bankruptcy No. 11-16200MDC

CERTIFICATION OF SERVICE

I, _____, of** _____

_____, certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age;

    That on the _____, day of _____, 2009, I served a copy of the

within summons, together with the petition filed in this case, on _____

_____

the debtor in this case, by [describe here the mode of service]

the said debtor at

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____         _____
              Date                                                              Signature

**State mailing address