Peter Sheridan
P.O. Box 12331
Philadelphia, PA 19119
sheridan.pete@gmail.com
(617) 759-0099
Attorney for Moving Parties Learned J. Hand,
John Robison, IBT South Florida, LLC, Jehu
Hand and Esthetics World

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re VITAMIN SPICE aka QUALSEC<br>996 Old Eagle School Road, #1102<br>Wayne, PA 19087<br><br>Debtor | CASE NO. 11-16200MDC<br><br>CHAPTER 11<br><br>Assigned to Hon. Magdeline D. Coleman<br>Courtroom 5<br><br>NOTICE OF MOTION AND MOTION TO APPOINT TRUSTEE UNDER §1104(a)(1) [Filed concurrently with MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF HAND and [PROPOSED] ORDER ]<br><br>Date: September 6, 2011<br>Time: 11:00 am<br>Courtroom 5 |

John Robison, IBT South Florida, LLC, Learned J. Hand, Jehu Hand and Esthetics World have filed papers with the court to move for the appointment of a Trustee under Section 1104(a)(1).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to appoint a trustee, or if you want the court to consider your views on the motion, then on or before August 22, 2011, you or your attorney must:

File with the court a written objection explaining your position at:

900 Market Street, Suite 400, Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so the

-i-

court will receive it on or before the date stated above.

You must also mail a copy to:

Peter Sheridan, attorney, at P.O. Box 12331, Philadelphia, PA 19119

Attend the hearing scheduled to be held on September 6, 2011, at 11 a.m. in Courtroom 5, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

August 8, 2011

*/s/ Peter Sheridan*

Peter Sheridan
P.O. Box 12331
Philadelphia, PA 19119
sheridan.pete@gmail.com
(617) 759-0099
Attorney for Moving Parties