# EXHIBIT 2

# EXHIBIT 2

Ex 2

### UNITED STATES BANKRUPTCY CO[URT]
### EASTERN DISTRICT OF PENNSYLV[ANIA]

| | |
|---|---|
| In re VitaminSpice aka Qualsec<br>996 Old Eagle School Road, #1102<br>Wayne, PA 19087<br><br>Debtor | Case No. 11-1[6200]<br><br>Hon. Magdeli[n]<br>Courtroom 5<br><br>AFFIDAVIT OF KEVIN DONOVAN |

### AFFIDAVIT OF KEVIN DONOVAN

I, Kevin Donovan, being first duly sworn, according to oath, deposes and states as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

2. I am a board member of VitaminSpice. I am in constant contact with Mr. Bukstel regarding the status and operations of the company.

3. On 6/16/11, I attended a meeting with a Jehu Hand, VitaminSpice's attorney at the time, and Kurt Benjamin, a company shareholder. The meeting was called by Mr. Benjamin to discuss the recent drop in VitaminSpice stock value and Mr. Hand's dumping of the stock. The purpose of the meeting was to encourage Mr. Hand to stop selling his stock so that the value would stabilize.

4. During the meeting, Mr. Hand denied that he owned any stock in the company and stated that he had a plan to force the company into involuntary bankruptcy.

5. Mr. Benjamin and I stated that we believed forcing VitaminSpice into bankruptcy was unnecessary and improper and would further hurt the stockholders.

6. At that point, the meeting concluded unresolved.

4840-4120-2186.1



By: _____
KEVIN DONOVAN

Subscribed and sworn to before
me this _1_ day of ~~August,~~ 2011.
        SEPTEMBER

_____
Notary Public

My Commission Expires: _____

4840-4120-2186.1