# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| VITAMINSPICE, | : | |
| DEBTOR. | : | BANKRUPTCY NO. 11-16200-MDC |

# O R D E R

**AND NOW**, upon consideration of the motion to dismiss [Docket No. 13] filed by VitaminSpice, the parties' briefs addressing the issue, the evidence submitted to this Court at the hearings held by this Court on November 14, 2011, and for or the reasons set forth in the accompanying Memorandum Opinion,

It is hereby **ORDERED** that:

1.    The involuntary petition dated August 5, 2011, is hereby **DISMISSED**.

2.    Pursuant to 11 U.S.C. § 303(i), a hearing shall be held on May 22, 2012, at 11:00 a.m., **in Bankruptcy Courtroom No. 5, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** (the "§ 303(i) Hearing"), to address whether VitaminSpice is entitled to an award of attorneys' fees and/or costs.

3.    Prior to the § 303(i) Hearing, VitaminSpice shall file an accounting of its attorneys' fees and cost incurred in connection with the involuntary petition.

4.    Prior to the § 303(i) Hearing, the parties may submit memoranda addressing whether VitaminSpice is entitled to an award of attorneys' fees and/or costs.

Dated: April 19, 2012

*Magdeline D. Cole*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE