Document    Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
|     VITAMINSPICE, | : | |
|         DEBTOR. | : | BANKRUPTCY NO. 11-16200-MDC |

# ORDER FOR RELIEF

**AND NOW**, upon consideration of the petition filed on August 5, 2011 (the "Petition") against VitaminSpice (the "Debtor");

**AND**, pursuant to this Court's Order dated February 28, 2013 [Docket No. 116], this Court granted the Debtor an extension until March 18, 2013, to file its answer to the Petition and further provided that if the Debtor failed to file an answer by that date, this Court may enter appropriate relief against the Debtor;

**AND**, the Debtor has failed to file an answer by that date;

**AND**, this Court has determined that at least three of the petitioning creditors are holders of bona fide claims against the Debtor, *see* 11 U.S.C. §303(b)(1).

**AND**, this Court has determined that VitaminSpice is generally not paying its debts as they become due, *see* 11 U.S.C. §303(h)(1);

It is hereby **ORDERED** that an **ORDER FOR RELIEF** under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§101 *et seq.* is **GRANTED**.

Dated: April 9, 2013

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Peter E. Sheridan, Esquire
P.O. Box 12331
Philadelphia, PA  19119

Edward Bukstel, President
VitaminSpice, Inc.
996 Old Eagle School Road, Suite 1102
Wayne, PA  19087

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Courtroom Deputy
Eileen Godfrey